## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **BRENDA L. HOSLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2152 |
| ) | |
| **FRANCIS J. HARVEY, as Secretary** ) | |
| **of the Department of the Army,** ) | |
| ) | |
| Defendant. ) | |

## OPINION

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on July 18, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Cause of Action (#9) is DENIED.

(2) Plaintiff's Motion to Quash Defendant's Motion to Dismiss for Failure to State a Cause of Action (#13) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 4th day of August, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE